IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 1:02CR00090-01T |
| | ) | |
| GEORGE L. GIUSTI | ) | |

## SATISFACTION OF JUDGMENT

The Judgment in the above-entitled case having been paid or otherwise settled, the Clerk of the United States District Court for the District of Rhode Island is hereby authorized and empowered to satisfy and cancel said judgment of record.

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Michael P. Iannotti

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Date: December 23, 2005